IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                               :     CIVIL NO. 2:07CV00576
                                 :     JUDGE MARBLEY

NATIONWIDE MUTUAL INSURANCE     :     MAGISTRATE JUDGE ABEL
COMPANY,

    Defendants.

## STIPULATION AND JUDGMENT ENTRY OF DISMISSAL

Now come the Plaintiff, United States of America, by and through counsel, and the Defendant, Nationwide Mutual Insurance Company ("Nationwide"), by and through counsel, and by stipulation of all of the parties to this action,

It is hereby ORDERED, ADJUDGED AND DECREED that all claims asserted in this action, by virtue of any and all pleadings filed herein, and all potential claims of all parties that could have been asserted in this action, are hereby dismissed with prejudice. Outstanding costs are to be paid by the Defendant, Nationwide. This entry terminates this case. It is so ORDERED.

Date: 28 April 2008

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

-2-

APPROVED:

GREGORY G. LOCKHART
UNITED STATES ATTORNEY


s/Mark T. D'Alessandro
Mark T. D'Alessandro (0019877)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Telephone: (614) 469-5715
Attorney for the Plaintiff
United States of America


s/John C. Cahill (per telephone authorization of 4/8/08)
JOHN C. CAHILL (0010209)
280 North High Street, Suite 810
Columbus, Ohio 43215
Telephone: (614) 249-8726
Telefax: (614) 249-8752
E-mail: cahillj@nationwide.com
Attorney for Defendant
Nationwide Mutual Insurance Company